# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01796-EWN-MEH

**LINDA SCHULTZ,**

**Plaintiff(s),**

**vs.**

**DOCUMENT IMAGING, INC. d/b/a GDXdata, INC.,**

**Defendant(s)**

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

The court, having reviewed the parties' Stipulated Motion for Dismissal and being fully advised in the matter, grants the motion.

This lawsuit and all claims are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED:  November 17, 2006

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              United States District Judge